```
                  UNITED STATES DISTRICT COURT

                    DISTRICT OF NEW HAMPSHIRE


Lorraine Guay

     v.                          Civil No. 09-cv-253-JL

Thomas Burack, et al.
```

**ORDER OF RECUSAL**

I hereby recuse myself from presiding in this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    July 28, 2009

cc:  Lorraine Guay, pro se