UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Lorraine Guay</u>

    v.                              Civil No. 09-cv-253

<u>Thomas Burack, et al.</u>


<u>O R D E R</u>

Pursuant to the provisions of 28 U.S.C. § 455, I recuse myself from this case.

SO ORDERED.

                                            _/s/ Joseph A. DiClerico, Jr._
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

July 29, 2009

cc:  Lorraine Guay, pro se