**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Lorraine Guay

    v.                                     Civil No. 09-cv-253-JL

Thomas Burack, et al.

**ORDER OF RECUSAL**

I hereby recuse myself from presiding in this case.

**SO ORDERED.**

                                           /s/ James R. Muirhead
                                           James R. Muirhead
                                           United States Magistrate Judge

Date: July 29, 2009

cc:    Lorraine Guay, *pro se*