UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Lorraine Guay,
     Plaintiff

     v.                                          Civil No. 09-cv-253

Thomas Burack,
Concord Police Department,
Kelly Ayotte, NH Attorney
General, Detective Sean Ford,
and City of Concord, NH,
     Defendants


**O R D E R**


     I recuse myself from presiding over this case.


     **SO ORDERED.**


                                _____
                                Steven J. McAuliffe
                                Chief Judge

July 29, 2009

cc:  Lorraine Guay, pro se