```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Lorraine Guay</u>

    **v.**                                Case No. 09-cv-253-PB

<u>Thomas Burack, et al.</u>

### O R D E R

I recuse myself from presiding over this case.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

August 4, 2009

cc:   Lorraine Guay, pro se