UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Lorraine Guay

v.                                                                                  NH Civil No. 1:09-cv-253

Thomas Burack, et al

# O R D E R

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f).  I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: August 5, 2009                             /s/ Steven J. McAuliffe
                                                          Steven J. McAuliffe
                                                          Chief Judge

cc:     Lorraine Guay, pro se
         Clerk, USDC -District of Maine

## CONCURRING ORDER

I concur that ___D. Brock Hornby___, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ___Margaret J. Kravchuk___ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: _August 11, 2009_

_____
Chief United States District Judge
District of Maine

cc:  Lorraine Guay, pro se
     Clerk, USDC-District of New Hampshire

2