UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Lorraine Guay, et al

    v.                                      NH Civil No. 09-cv-253- DBH

Thomas Burack, et al


O R D E R

     Kevin Guay having failed to comply with the New Hampshire Local Rule 7.1 on Nonconforming Document, the [53] Motion for Order of Withdrawal of Defense Counsel filed by Kevin Guay will not be acted upon by the Court at this time.  The clerk is directed to indicate that the motion is terminated.  The motion will remain on the docket, however.  If Guay wishes to refile the motion with an accompanying memorandum of law, explaining the reasoning behind his motion, he may do so and the defendant's attorney will then be required to respond in accordance with the Local Rules.

SO ORDERED.

April 13, 2010

                                          /s/ Margaret J. Kravchuk
                                        United States Magistrate Judge

cc:    Richard N. Foley, Esq.

Kevin Guay, Esq.
Nancy J. Smith, Esq.
Charles P. Bauer, Esq.
Erik Graham Moskowitz, Esq.