## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **LORRAINE GUAY,** ET AL., | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL NO. 09-253-DBH |
| | ) | |
| **THOMAS BURACK,** ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## O R D E R

On October 29, 2010, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on Motion for Summary Judgment. The plaintiffs filed an objection to the Recommended Decision on November 12, 2010. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. Summary judgment is GRANTED in favor of the remaining defendants, Concord Police Department, the City of Concord and Detective Sean Ford, because the plaintiffs have presented neither a factual case nor a legal argument as to why their claims are not barred due to their failure to list the assets as part of their bankruptcy estate.

SO ORDERED.

DATED THIS 16TH DAY OF NOVEMBER, 2010

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

cc:    Richard N. Foley, Esq.
       Kevin Guay, Pro Se
       Nancy J. Smith, Esq.
       Charles P. Bauer, Esq.
       Erik Graham Moskowitz, Esq.