UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LORRAINE GUAY,** ET AL.,            )<br>                                                           )<br>            **PLAINTIFFS**            )<br>                                                           )<br>**v.**                                                  )<br>                                                           )<br>**THOMAS BURACK,** ET AL.,         )<br>                                                           )<br>            **DEFENDANTS**          ) | **CIVIL NO. 09-253-DBH** |

## <u>O R D E R</u>

The motion to proceed in forma pauperis on appeal is **DENIED**. I am not satisfied that the plaintiff is unable to pay the filing fee on appeal from the combined marital assets and income. (The affidavit seems not to reflect his spouse's assets and income, although it does state that she pays the bills.)

**SO ORDERED.**

**DATED THIS 20TH DAY OF DECEMBER, 2010**

                                                                    /S/D. BROCK HORNBY
                                                                    **D. BROCK HORNBY**
                                                                    **UNITED STATES DISTRICT JUDGE**